**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROY COLEMAN, | ) NO. CV 10-4277-PSG (MAN) |
|             Plaintiff, | ) |
|     v. | ) JUDGMENT |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
|             Defendants. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   August 31, 2011

　　　　　　　　　　　　　　　　　　　　　　/s/ Philip S. Gutierrez
　　　　　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE